UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 20 2008
Clerk, U.S. District and Bankruptcy Courts

WILLIAM LOWE HALE,
AKA, HAJI MOHAMMED
A. OMAR -, AKA
KNOWBET@AOL.COM,

PLAINTIFF    SUITE 146
             4200 WIS. AV NW.
             WASH. DC
VS.          20016
             202
             258-5978

HENRY PAULSON
("THE HAMMER"),
SECRETARY OF THE
U.S. TREASURY

Case: 1:08-cv-01448
Assigned To : Roberts, Richard W.
Assign. Date : 8/20/2008
Description: Civil Rights-Non-Employ.

& BEN BERNAKE (sp?)
CHAIRMAN OF THE
BOARD OF DIRECTORS
OF THE U.S. FEDERAL
RESERVE

& THE COMPTROLLER OF
THE U.S. CURRENCY —

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(DEFENDANTS...)

INDIVIDUAL BOARD
MEMBERS OF THE
FEDERAL RESERVE

COMPLAINT

I WANTED TO PAY MY DEBT WITH LEGAL TENDER, BUT THE DEFENDANTS WOULD NOT LET ME.

United States District Court
for the District of Columbia

Grounds:

I think I have the right to pay all debts public and private with legal tender Federal Reserve Notes because it says so on the note.

Requested Remedy:

I want the court to order the defendants to replace the words, "In God We Trust" with the words, "Assets = Liabilities + Owners' Equity"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SO I CAN PAY MY DEBTS TO THE ORTHODOX JEWS AT B+H PHOTO IN NY WITHOUT ~~VIOLATING THEIR FIRST AMENDMENT RIGHT TO PRACTICE~~ [BEING A PARTY TO] CONTRIBUTING TO ESTABLISHING ~~OVERALL~~ BIAS AGAINST THEIR RELIGION THAT PROHIBITS THEM FROM USING ANY NAME OF GOD OUTSIDE THEIR HOLY SCRIPTURES WHICH IS THEIR FIRST AMENDMENT RIGHT TO DEMAND SECULAR ECONOMIC TRANSACTIONS SO I DO NOT CONTRIBUTE TO THEIR SIN.

William Hale, AKA, HAJ.

**JS-44**
**(Rev.1/05 DC)**

# CIVIL COVER SHEET

08-1448
RWR

| I (a) PLAINTIFFS<br>WILLIAM LONG HALE, AKA<br>HAJI MOHAMMED A. OMAR<br>(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ____<br>(EXCEPT IN U.S. PLAINTIFF CASES) WASH. DC 11001 | DEFENDANTS COMPTROLLER OF THE CURRENCY, BOARD OF DIRECTORS U.S. FEDERAL RESERVE, SEC. U.S. TREAS.<br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____<br>(IN U.S. PLAINTIFF CASES ONLY) WASH.<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TR_ |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>PRO SE, SUITE 146, 4200 WIS<br>AV. NW., WASH. DC - 20016 | AT____<br>Case: 1:08-cv-01448<br>Assigned To : Roberts, Richard W.<br>Assign. Date : 8/20/2008<br>Description: Civil Rights-Non-Employ. |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff         ☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant         ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ (crossed) | ☒ (crossed) | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. General Civil (Other)   OR   ☐ F. Pro Se General Civil

| Real Property<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability<br><br>Bankruptcy<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157 | Immigration<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus- Alien Detainee<br>☐ 465 Other Immigration Actions<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant) | ☐ 871 IRS-Third Party 26 USC 7609<br><br>Forfeiture/Penalty<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc. | ☐ 460 Deportation<br>☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act) |

— O —

| ☐ G. *Habeas Corpus/ 2255*  ☐ 530 Habeas Corpus-General  ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*  ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)  *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*  ☐ 895 Freedom of Information Act  ☐ 890 Other Statutory Actions (if Privacy Act)  *(If pro se, select this deck)* | ☐ J. *Student Loan*  ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*  ☐ 710 Fair Labor Standards Act  ☐ 720 Labor/Mgmt. Relations  ☐ 730 Labor/Mgmt. Reporting & Disclosure Act  ☐ 740 Labor Railway Act  ☐ 790 Other Labor Litigation  ☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*  ☐ 441 Voting (if not Voting Rights Act)  ☐ 443 Housing/Accommodations  ☐ 444 Welfare  ☒ 440 Other Civil Rights  ☐ 445 American w/Disabilities-Employment  ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*  ☐ 110 Insurance  ☐ 120 Marine  ☐ 130 Miller Act  ☐ 140 Negotiable Instrument  ☐ 150 Recovery of Overpayment & Enforcement of Judgment  ☐ 153 Recovery of Overpayment of Veteran's Benefits  ☐ 160 Stockholder's Suits  ☐ 190 Other Contracts  ☐ 195 Contract Product Liability  ☐ 196 Franchise | ☐ N. *Three-Judge Court*  ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN

(①) Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

THE U.S. CONSTITUTIONAL ARTICLE OR AMENDMENT, OR FEDERAL RESERVE NOTES ARE CAUSING ME TO PARTICIPATE IN ESTABLISHING RELIGION PERMITTED TO USE THE NAME OF GOD OUTSIDE OF ORTHODOX JEWISH SCRIPTURE IN AN UNFAIR

VII. REQUESTED IN COMPLAINT   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES   ☐ NO

VIII. RELATED CASE(S) IF ANY   (See instruction)   ☐ YES   ☒ NO   If yes, please complete related case form.

DATE 2008.08.20TH   SIGNATURE OF ATTORNEY OF RECORD

BIAS AGAINST THE ORTHODOX JEWS AT 8TH PHOTO, NY° WHEN I PAY IN CASH BECAUSE THEY ARE STARTING TO ACCEPT, BREAKING THEIR RELIGIOUS LAW MY CASH W/ WORD GOD ON IT

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd