```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**WILLIAM LONG HALE,**        )
                              )
       **Plaintiff,**     )
                              )
       **v.**             )   **Civil Action No. 08-1448 (RWR)**
                              )
**HENRY PAULSON, JR., et al.,** )
                              )
       **Defendants.**    )
_____)

### MEMORANDUM OPINION

    Pro se plaintiff William Long Hale has sued the Secretary of the Treasury, the Chairman of the Board of Governors of the Federal Reserve System, the Comptroller of the U.S. Currency, and unidentified individual board members of the Federal Reserve, alleging that they have prevented him from paying a debt to a third-party. Federal district courts have limited jurisdiction. Most commonly, a federal district court has jurisdiction in civil actions arising under the Constitution, laws, or treaties of the United States, 28 U.S.C. § 1331, or when the parties are of diverse citizenship and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. "A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction." Henderson v. Annabi, Civil Action No. 08-794 (RCL), 2008 WL 2011915, at *1 (D.D.C. May 8, 2008) (citing Rule 8 of the Federal Rules of Civil Procedure);

-2-

see also Fed. R. Civ. P. 12(h)(3) (stating that "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action").  Even giving the pro se complaint a liberal reading, Howerton v. Ogletree, 466 F. Supp. 2d 182, 183 (D.D.C. 2006), the complaint does not allege a violation of federal law, the Constitution, or a treaty, and presents no basis for diversity jurisdiction.[1]  Accordingly, the complaint will be dismissed without prejudice for lack of subject matter jurisdiction.  An appropriate order accompanies this memorandum opinion.

    SIGNED this 29th day of September, 2008.

                                          /s/
                                RICHARD W. ROBERTS
                                United States District Judge

---

[1] Hale lists his address as a Washington, D.C. address.